AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Georgia

| | |
|---|---|
| YU CONG LIU, YIXIANG ZHANG, and CAN GEN HAN | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No.    4:25-cv-134-WMR |
| WELLMADE INDUSTRIES MFR. N.A. LLC; WELLMADE FLOOR COVERINGS INTERNATIONAL, INC.; ZHU CHEN a/k/a GEORGE CHEN; JIAYI CHEN a/k/a MORGAN CHEN; JIAN JUN LU; and MING CHEN a/k/a ALLEN CHEN | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Wellmade Industries Mfr. N.A. LLC
1 Wellmade Drive NE
Cartersville, GA 30121

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Daniel Werner
Radford Scott LLP
125 Clairemont Ave., Suite 380
Decatur, GA 30030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER

*CLERK OF COURT*

Date:    5-28-2025



s/Jill Ayers

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   4:25-cv-134-WMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:


Print        Save As...        Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Georgia

| | |
|---|---|
| YU CONG LIU, YIXIANG ZHANG, and CAN GEN HAN <br><br> *Plaintiff(s)* <br><br> v. <br><br> WELLMADE INDUSTRIES MFR. N.A. LLC; WELLMADE FLOOR COVERINGS INTERNATIONAL, INC.; ZHU CHEN a/k/a GEORGE CHEN; JIAYI CHEN a/k/a MORGAN CHEN; JIAN JUN LU; and MING CHEN a/k/a ALLEN CHEN <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  4:25-cv-134-WMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Wellmade Floor Coverings International, Inc.
19150 SW 125th Ct.
Tualatin, OR 97062

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel Werner
Radford Scott LLP
125 Clairemont Ave., Suite 380
Decatur, GA 30030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:    5-28-2025



s/Jill Ayers

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     4:25-cv-134-WMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Print**    **Save As...**    **Reset**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Georgia

YU CONG LIU, YIXIANG ZHANG, and CAN GEN HAN

*Plaintiff(s)*

v.

WELLMADE INDUSTRIES MFR. N.A. LLC; WELLMADE FLOOR COVERINGS INTERNATIONAL, INC.; ZHU CHEN a/k/a GEORGE CHEN; JIAYI CHEN a/k/a MORGAN CHEN; JIAN JUN LU; and MING CHEN a/k/a ALLEN CHEN

*Defendant(s)*

Civil Action No.     4:25-cv-134-WMR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Zhu Chen a/k/a/ George Chen
44 Mountainbrook Dr. NW
Cartersville, GA 30121

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Daniel Werner
Radford Scott LLP
125 Clairemont Ave., Suite 380
Decatur, GA 30030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER

*CLERK OF COURT*

Date:     5-28-2025



s/Jill Ayers

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     4:25-cv-134-WMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0_____ .


I declare under penalty of perjury that this information is true.


Date: _____

                             _____
                                        *Server's signature*

                             _____
                                       *Printed name and title*

                             _____
                                       *Server's address*

Additional information regarding attempted service, etc:



| Print | Save As... | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Georgia

YU CONG LIU, YIXIANG ZHANG, and CAN GEN HAN )
)
)
)
*Plaintiff(s)* )
)
v. )
WELLMADE INDUSTRIES MFR. N.A. LLC; )
WELLMADE FLOOR COVERINGS INTERNATIONAL, )
INC.; ZHU CHEN a/k/a GEORGE CHEN; JIAYI CHEN a/k/ )
a MORGAN CHEN; JIAN JUN LU; and MING CHEN a/k/a )
ALLEN CHEN )
*Defendant(s)* )

Civil Action No.   4:25-cv-134-WMR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jiayi Chen a/k/a/ Morgan Chen
73 Howard Ave. NW
Cartersville, GA 30121

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Daniel Werner
Radford Scott LLP
125 Clairemont Ave., Suite 380
Decatur, GA 30030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER

*CLERK OF COURT*

Date:   5-28-2025



s/Jill Ayers

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    4:25-cv-134-WMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:



Print    Save As...    Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| YU CONG LIU, YIXIANG ZHANG, and CAN GEN HAN | ) ) ) ) ) ) |
| _____ <br> *Plaintiff(s)* | ) |
| v. | ) ) |
| WELLMADE INDUSTRIES MFR. N.A. LLC; WELLMADE FLOOR COVERINGS INTERNATIONAL, INC.; ZHU CHEN a/k/a GEORGE CHEN; JIAYI CHEN a/k/a MORGAN CHEN; JIAN JUN LU; and MING CHEN a/k/a ALLEN CHEN | ) ) ) ) ) ) |
| _____ <br> *Defendant(s)* | ) |

Civil Action No.    4:25-cv-134-WMR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jian Jun Lu
3050 Ramsey Pl.
Marietta, GA 30062

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Daniel Werner
Radford Scott LLP
125 Clairemont Ave., Suite 380
Decatur, GA 30030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER

*CLERK OF COURT*

Date:    5-28-2025
_____



s/Jill Ayers
_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     4:25-cv-134-WMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0     .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Georgia

| | |
|---|---|
| YU CONG LIU, YIXIANG ZHANG, and CAN GEN HAN | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| WELLMADE INDUSTRIES MFR. N.A. LLC; WELLMADE FLOOR COVERINGS INTERNATIONAL, INC.; ZHU CHEN a/k/a GEORGE CHEN; JIAYI CHEN a/k/a MORGAN CHEN; JIAN JUN LU; and MING CHEN a/k/a ALLEN CHEN | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.     4:25-cv-134-WMR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ming Chen a/k/a Allen Chen
4064 Orchard Dr.
Lake Oswego, OR 97035

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Daniel Werner
Radford Scott LLP
125 Clairemont Ave., Suite 380
Decatur, GA 30030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER

*CLERK OF COURT*

Date:     5-28-2025



s/Jill Ayers

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-134-WMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:



Print        Save As...        Reset