AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-134-WMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Zhu Chen a/k/a/ George Chen</u> was received by me on *(date)* <u>June 30, 2025</u>.

- [X] I personally served the summons on the individual at *(place)* <u>Zhu Chen a/k/a/ George Chen at 44 Mountainbrook Dr. NW, Cartersville, GA 30121</u> on *(date)* <u>Wed, Jul 2, 2025, at 8:00 pm</u> ; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

- [ ] I returned the summons unexecuted because: _____ ; or

- [ ] Other: _____ ; or

My fees are $ ____ for travel and $ ____ for services, for a total of $ ____ .

I declare under penalty of perjury that this information is true.

Date: 7/11/2025

*Server's signature*

Hollie Trivette

*Printed name and title*

312 Chesapeake Ridge Woodstock, GA 30189

*Server's address*

Additional Document(s) Served:
Class and Collective Action Complaint