Civil Action No. 4:25-cv-134-WMR

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Ming Chen a/k/a Allen Chen</u> was received by me on *(date)* <u>June 27, 2025 at 1:52 PM</u>.

**[X]** I personally served the summons on the individual at *(place)* <u>Ming Chen at 4064 Orchard Dr., Lake Oswego, OR 97035</u> on *(date)* <u>Thu, Jul 3, 2025, at 8:38 am</u> ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 07/11/2025

_____
*Server's signature*

Daniel Brown
_____
*Printed name and title*

5319 SW Westgate Drive Suite 20 Portland, OR 97221
_____
*Server's address*

Additional Document(s) Served:
Class and Collective Action Complaint