# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| YU CONG LIU, YIXIANG ZHANG, and CAN GEN HAN, individually and on behalf of all others similarly situated, | Civil Action No. 4:25-cv-00134-WMR |
| Plaintiffs, | Class and Collective Action Complaint |
| v. | JURY DEMAND |
| WELLMADE INDUSTRIES MFR. N.A. LLC; WELLMADE FLOOR COVERINGS INTERNATIONAL, INC.; ZHU CHEN a/k/a GEORGE CHEN; JIAYI CHEN a/k/a MORGAN CHEN; JIAN JUN LU; AND MING CHEN a/k/a ALLEN CHEN, | |
| Defendants. | |

## **ORDER**

Plaintiffs have filed a Consent Motion for Extension of Time to File Civil Local Rule 23.1 Statement and Motion for Class Certification. Having considered the Plaintiffs' Consent Motion, and finding good cause to grant same, IT IS HEREBY ORDERED that the Plaintiffs' Motion is GRANTED.

The time for the Parties to file their Civil Local Rule 23.1 Statement is extended until August 4, 2025.

The time for Plaintiffs to file their class certification motion is extended until the later of (a) 120 days after Defendants file their answer; or (b) a date the parties agree to in their Rule 26(f) Early Planning Conference if the Court adopts that date.

SO ORDERED this 31st day of July, 2025.

_William M. Ray II_
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE