IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| YU CONG LIU, YIXIANG ZHANG and CAN GEN HAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLMADE INDUSTRIES MFR. N.A. LLC, WELLMADE FLOOR COVERINGS INTERNATIONAL, INC., ZHU CHEN a/k/a GEORGE CHEN, JIAYI CHEN a/k/a MORGAN CHEN, JIAN JUN LU, and MING CHEN a/k/a ALLEN CHEN,<br><br>Defendants. | Civil Action No.<br>4:25-cv-00134 WMR |

## NOTICE OF SUGGESTION OF PENDENCY OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS

**PLEASE BE ADVISED** that on August 8, 2025, Defendants Wellmade Industries Mfr. N.A. LLC and Wellmade Floor Coverings International, Inc. (collectively, the "**Debtors**") commenced bankruptcy cases in the United States Bankruptcy Court for the Northern District of Georgia by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "**Bankruptcy Code**").

1

**PLEASE BE FURTHER ADVISED** that Wellmade Industries Mfr. N.A. LLC and Wellmade Floor Coverings International, Inc. suggest to this Court that pursuant to section 362 of the Bankruptcy Code, the above-captioned action should be stayed as against Wellmade Industries Mfr. N.A. LLC and Wellmade Floor Coverings International, Inc. Section 362 of the Bankruptcy Code provides, in part, that the filing of a petition to commence a chapter 11 case operates as a stay of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [chapter 11], or to recover a claim against the debtor that arose before the commencement of the case under [chapter 11]" and "any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the [bankruptcy] case. . . ." 11 U.S.C. §§ 362(a)(1), (6).

**PLEASE BE FURTHER ADVISED** that additional information regarding the status of the Chapter 11 Cases may be obtained by reviewing the docket of the Chapter 11 Cases, available electronically at www.ganb.uscourts.gov or by contacting the proposed counsel for the Debtors: Greenberg Traurig, LLP, 3333 Piedmont Road, NE, Suite 2500, Atlanta, Georgia 30305 (Attn: John D. Elrod (elrodj@gtlaw.com), and Allison J. McGregor (allison.mcgregor@gtlaw.com).)

Respectfully submitted this 8th day of August, 2025.

                                **GREENBERG TRAURIG, LLP**

                                */s/ Jake Evans*
                                JAKE EVANS
                                Georgia Bar No. 797018
                                PHILIP GEORGE
                                Georgia Bar No. 441996
                                Terminus 200
                                3333 Piedmont Road NE, Suite 2500
                                Atlanta, Georgia 30305
                                P: (678) 553-2100
                                Jake.Evans@gtlaw.com
                                Philip.George@gtlaw.com

                                *Attorneys for Defendants Wellmade Industries, Mfr. N.A. LLC and Wellmade Floor Coverings International, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing **NOTICE OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

Daniel Werner
dwerner@radfordscott.com

Elaine Woo
ewoo@radfordscott.com

Aaron Halegua
ah@aaronhalegua.com

This 8th day of August, 2025.

**GREENBERG TRAURIG, LLP**

*/s/ Jake Evans*
Jake Evans
Georgia Bar No. 797018
Philip George
Georgia Bar No. 441996
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com
Philip.George@gtlaw.com

*Attorneys for Defendants Wellmade Industries, Mfr. N.A. LLC and Wellmade Floor Coverings International, Inc.*