AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-134-WMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Jian Jun Lu</u> was received by me on *(date)* <u>8/14/25, 11:46 am</u> .

[X]   I personally served the summons on the individual at *(place)* <u>2853 Wells Dr. SE Apt. 5, Dalton, GA 30721</u> on *(date)* <u>Thu, Aug 14 2025</u> ; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ]   I returned the summons unexecuted because: _____ ; or

[ ]   Other: _____ ; or

My fees are $ __ for travel and $ __ for services, for a total of $ __ .

I declare under penalty of perjury that this information is true.

Date:  8-19-2025

_____
Server's signature

Kenneth Walraven    Process Server
_____
Printed name and title

590 Buck Blvd. Calhoun, Georgia 30701
_____
Server's address

Additional documents served:
Class and Collective Action Complaint; Plaintiffs' Certificate of Interested Persons and Corporate Disclosure Statement; Plaintiffs' Notice of Filing of Consents to Sue